UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWN ANCICH and PETER ANCICH,<br><br>        Plaintiffs,<br><br>   v.<br><br>PROFESSIONAL CHOICE SPORTS MEDICINE PRODUCTS, INC, et al.,<br><br>        Defendants. | CASE NO. C12-6033 BHS<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE |

This matter comes before the Court on Plaintiffs Dawn and Peter Ancich's ("Anciches") motion to continue trial and pretrial dates (Dkt. 23).

On April 17, 2013, the Court issued a scheduling order setting the trial date and pretrial deadlines. Dkt. 17. On September 26, 2013, the Anciches filed a motion to continue and requested a three-month extension of the trial date and pretrial deadlines. Dkt. 23. On October 2, 2013, Defendants responded and opposed the extension. Dkt. 24. On October 4, 2013, the Anciches replied. Dkt. 27.

ORDER - 1

Upon review of the briefs and the parties' submissions, the Court finds that there is good cause to continue trial and some pretrial deadlines. With regard to experts, the Court finds that there is not good cause to disclose additional experts. However, the experts that have been disclosed can supplement their disclosures as provided in the Federal Rules of Civil Procedure. With regard to the other dates, the Court grants the requested extensions. Therefore, the Court **GRANTS** the Anciches' motion and trial is hereby set for April 29, 2014. The Clerk shall issue a new abbreviated scheduling order based on the new trial date.

**IT IS SO ORDERED.**

Dated this 21st day of October, 2013.

BENJAMIN H. SETTLE
United States District Judge